```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| JERMAX, INC. d/b/a GULF & NORTHERN TRADING CORP., | |
| Plaintiff, | Civil Action No. 09-cv-4438 (NLH)(KMW) |
| v. | **ORDER** |
| AK STEEL CORPORATION | |
| Defendant. | |

**HILLMAN, District Judge**

    For the reasons expressed in this Court's Opinion entered on this date,

    IT IS on this  24th  day of  June  2010, hereby

    **ORDERED** that Plaintiff's Motion to Enjoin Defendant's Ohio Action is **DENIED;** and it is further

    **ORDERED** that Defendant's Cross-motion to Dismiss Plaintiff's Complaint is **DENIED.**

At Camden, New Jersey           /s/ NOEL L. HILLMAN
                                      NOEL L. HILLMAN, U.S.D.J.